**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Mark CLIFTON, Defendant—Appellant.**

No. 10–7657.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Mark Clifton, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Clifton appeals the district court's order denying Clifton a reduction in sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Clifton,* No. 7:96–cr–00062–H–2 (E.D.N.C. Nov. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*